IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES EDWARD CARLTON                                      PLAINTIFF

v.                          4:12-cv-71-DPM

SCOTT BRADLEY; RANDY MURRAY;
and TIM ADAMS                                               DEFENDANTS

## JUDGMENT

Carlton's complaint is dismissed without prejudice.

*D. P. Marshall Jr.*
United States District Judge

22 March 2012